IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEBBIE S. FREEMAN, individually
and as Special Administratrix of the                                                            PLAINTIFF
Estate of Masada F. Jordan, Deceased**

v.                                       Case No.  **4:21-cv-00727 KGB**

**UNITED STATES OF AMERICA                                                                DEFENDANT**

## ORDER

Before the Court is defendant United States of America's motion to file Exhibit A to statement of undisputed facts under seal (Dkt. No. 14).  Specifically, the government seeks to file "a set of selected medical records of Masada Jordan," Exhibit A to its previously filed statement of undisputed facts, under seal to protect Jordan's privacy interests.

For good cause shown, the Court grants the motion and orders the government to file Exhibit A under seal within 14 days of the entry of this order—up to and including January 5, 2023.

It is so ordered this 22nd day of December, 2022.

_____
Kristine G. Baker
United States District Judge